MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
PETE REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

FILED US District Court-UT
APR 22 '26 AM09:54

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ANTONIO LOPEZ-GARCIA,<br><br>Defendant. | INDICTMENT<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 100 grams)<br><br>Count II: 8 U.S.C. § 1326(a) Reentry of a Previously Removed Alien<br><br>Case: 2:26-cr-00129<br>Assigned To : Stewart, Ted<br>Assign. Date : 4/21/2026 |

The Grand Jury Charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about April 15, 2026, in the District of Utah,

JOSE ANTONIO LOPEZ-GARCIA,

defendant herein, did knowingly and intentionally possess with intent to distribute one

hundred (100) grams or more of a mixture or substance containing a detectable amount of

1

Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

COUNT II
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about April 15, 2026, in the District of Utah,

JOSE ANTONIO LOPEZ-GARCIA,

defendant herein, an alien who on or about April 21, 2013, April 30, 2013, and June 6, 2013, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of 8 U.S.C. § 1326(a).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

_____
PETE REICHMAN
Special Assistant United States Attorney

2
